```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                          NASHVILLE DIVISION
```

CHAD CLINARD,                    )
                                 )
    Plaintiff               )
                                 )    No. 3:12-0193
v.                               )    Judge Campbell/Brown
                                 )    **Jury Demand**
ROBERTSON COUNTY, TENNESSEE,     )
                                 )
    Defendant               )

## **O R D E R**

A telephone conference was held with the parties on October 1, 2012. They advised that they had depositions set later this month for the Plaintiff and a corporate representative of the Sheriff's office. They advised that they thought they would be in a better position to assess whether alternative dispute resolution would be useful after they completed those depositions. At the present time they did not see any need to modify the scheduling order.

The parties are reminded that the Magistrate Judge stands ready to assist with alternative dispute resolution at their request at any time.

It is so **ORDERED**.

                                               /s/ Joe B. Brown
                                               JOE B. BROWN
                                               United States Magistrate Judge